UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA,            )
                                     )   Case No: 1:10-CR-143
        v.                           )
                                     )   Chief Judge Curtis L. Collier
DAI ZHENSONG                         )

**O R D E R**

Before the Court is Defendant Dai Zhensong's ("Defendant") motion to suppress evidence

obtained during an interview conducted in October 2010 (Court File No. 17).  Defendant asserts his

Fifth Amendment rights were violated.  The Court referred the motion and request to United States

Magistrate Judge Susan K. Lee pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) (Court File No. 18).

Judge Lee held an evidentiary hearing on the matter on March 30, 2011 (Court File No. 22) and

issued a Report and Recommendation ("R&R") on the motion (Court File No. 26).  Defendant filed

timely objections to the R&R (Court File No. 27), and the Government filed a response (Court File

No. 28).  For the reasons asserted in the Court's accompanying memorandum, the Court **ACCEPTS**

and **ADOPTS** the R&R (Court File No. 26).  Defendant's motion to suppress is **DENIED** (Court

File No. 17).

        **SO ORDERED.**

        **ENTER:**


        **/s/**_____
        **CURTIS L. COLLIER**
        **CHIEF UNITED STATES DISTRICT JUDGE**